- 25-CV-02058-ZNQ Appeal

Chitester V Russo

This is late. I am appealing due to ADA and other reasons and belief that it was not correctly applied here I am disabled and it should be on record how from other cases with your honor. I can re submit it is on their record.

I was unable to sell my house in time due to the significant trauma associated with this whole event. I am asking the court to accept this at this time and know I just recently received the notice that it was due at the end of September and I apologize.

I have already lost my house. There is a lot of litigation including a legal malpractice suit against lawyer who failed me so during foreclosure case.

I will submit further information in a few days.

11-17-25

Deborah Chitester